ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 JUL 17 PM 3:42

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| RUDOLPH SHAWN GAGUSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 313-066 |
| | ) |
| JACK MEDLIN, Warden, et. al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. In lieu of objections, Plaintiff attempted to amend his amended complaint in a piecemeal fashion. (Doc. no. 19.) On June 10, 2014, the Magistrate Judge ordered Plaintiff to file a proper second amended complaint within fourteen days or the Magistrate Judge would presume that he no longer wished to do so and would submit the original May 23, 2014 Report and Recommendation to the undersigned. (Doc. no. 20.) Plaintiff has not submitted nor explained his failure to submit a second amended complaint. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for

failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 17th day of July, 2014, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE